**WHIRLPOOL CORPORATION and Whirlpool Patents Company, Plaintiffs–Cross Appellants,**

v.

**LG ELECTRONICS, INC. and LG Electronics U.S.A., Inc., Defendants–Appellants,**

and

**General Electric Company, Defendant–Appellant.**

Nos. 2007–1370, 2007–1402.

United States Court of Appeals, Federal Circuit.

Oct. 10, 2008.

Rehearing and Rehearing En Banc Denied Nov. 19, 2008.*

Daniel A. Boehnen, McDonnell Boehnen Hulbert & Berghoff LLP, of Chicago, IL, argued for plaintiffs-cross appellants. With him on the brief were Christopher M. Cavan and Sean M. Sullivan.

Kenneth R. Adamo, Jones Day, of Cleveland, OH, argued for defendant-appellant General Electric Company. With him on the brief were Lawrence D. Rosenberg, of Washington, DC, and Susan M. Gerber, of Cleveland, Ohio. Of counsel were Gerald R. Ross and Douglas R. Cole, of Atlanta, Georgia.

Richard L. Stroup, Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., of Washington, DC, argued for defendant-appellant LG Electronics U.S.A.,

Inc., et al. With him on the brief were Don O. Burley, Gerson S. Panitch, Parmanand K. Sharma, and Andrew C. Sonu.

RADER, PLAGER, and GAJARSA, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

***AFFIRMED***. *See* Fed. Cir. R. 36.